NEW YORK CITY OMNIBUS CORPORATION et al., Appellants, *v.* MICHAEL J. QUILL, as President of Transport Workers Union of America, C. I. O., an Unincorporated Association, et al., Respondents.

Argued January 15, 1948; decided March 11, 1948.

*Thomas F. Fennell, II, Samuel Seabury, Boykin C. Wright* and *William F. Hamilton* for appellants.

*Harry Sacher* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.